April 1,
1930.

STATE *v.* NASHUA STREET RAILWAY.

*Ralph W. Davis,* attorney-general, and *Jennie Blanche Newhall,* for the state.

*Robert W. Upton,* for the defendant.

*Demond, Woodworth, Sulloway & Rogers,* filed a brief in behalf of Manchester & Nashua Street Railway.

*Per Curiam.* The only question raised relates to the constitutionality of P. L., *c.* 69, *ss.* 28-31. The case is governed by *State* v. *Railway, ante,* 313.

*Appeal dismissed.*